AFFIDAVIT IN SUPPORT OF APPLICATION TO
PROCEED *IN FORMA PAUPERIS**

I, _Emma Diane Brown_, being first duly sworn, depose and say that I am the _Plaintiff_ in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefor, state:

06 - 57

My date of birth is: _12-24-56_

My current address is:

_Emma Diane Brown_
_660 Baylor Blv._
_Newcastle Delaware 19720_

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefor. In support of that statement, I supply the following information:

1. Nature of claim or defense is:
   _8th Amendment Violation_

   FILED
   JAN 27 2006
   U.S. DISTRICT COURT
   DISTRICT OF DELAWARE

2. Presently employed?

   Yes ____   No ✓

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to procedd *in forma pauperis.*

3. If "Yes", state:

   (a) Name and address of employer:

   (b) How often paid:

   (c) Take home pay per pay period:

4. If "No", state:

   (a) Name and address of last employer:

   (b) Date of last employment:

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

   Yes ____    No ✓

6. If "Yes", state:

   (a) Amount of income or gift, or its value:

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed *in forma pauperis*.

  (b) When received:

  (c) From whom or what received:

  (d) Whether regular or one time:

7. List all property owned, whether held in your name alone or jointly with anyone else:

  (a) Real estate:

  (b) Personal property (stocks, bonds, bank accounts, vehicles):

  (c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner:

8. If you have a spouse, state:

  (a) Amount of any income received:

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed *in forma pauperis.*

~~(b) Source~~

~~(c) Frequency income is received:~~

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have veen incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State? No

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

11. If you are a prisoner <u>and</u> your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed *in forma pauperis*.

available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state:

   (a) Amount of any cash held (whether or not in a bank)

   (b) Bank accounts, listing bank, account number(s) and current balance(s).

13. Itemize debts and regular monthly expenses:

14. List names and address of any dependents:

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed *In forma pauperis.*

I, _Emma Diane Brown_, swear or affirm that the above-information is true and correct and is made under penalty of perjury.

_Emma Diane Brown_

DATED: _1-24-06_

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this _24_ day of _January_, _2006_.

GEORGE P. O'CONNOR
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires December 4, 2007

_George P. O'C_
Title   JAN 2 4 2006

Revised 8/2003

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of you motion to proceed *in forma pauperis*.