(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Emma Diane Brown
(Enter above the full name of the plaintiff in this action)

V.

Stanley Taylor - Commissioner of Department of Correction
Paul Howard - Bureau chief of Department of Correction
Paul Ryan - Delores J. Baylor Women's Correctional Institution
Officer Fryburger - Delores J. Baylor Women's Correctional Institution
Officer Thompkins - Delores J. Baylor Women's Correctional Institution

(Enter above the full name of the defendant(s) in this action

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06 - 57

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]   NO [✓]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2.   Court (if federal court, name the district; if state court, name the county)

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.  A.   Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C.   If your answer is YES,

1.   What steps did you take? Grivance _____

2.   What was the result? Havent heard back as of yet

D.   If your answer is NO, explain why not _____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [✓]

F.   If your answer is YES,

1.   What steps did you take? _____

2.   What was the result? _____

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Emma Diane Brown
Address 660 Baylor Blv Newcastle DE 19720
Delores J Baylor's Women's Correctional Institution

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Stanley Taylor is employed as Commissioner of D.O.C. at 245 McKee Road Dover, DE 19904

C. Additional Defendants Paul Howard D.O.C. 245 McKee Road Dover DE 19904
Patrick Ryan D.O.C. B.W.C.I Warden 660 Baylor Blv Newcastle DE 19720
Officer Fryburger Delores J Baylor 660 Newcastle DE 19720 Women's Correctional Institution
Officer Thompkins Delores J Baylor 660 Newcastle DE 19720 Women's Correctional Institution

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Officer Fryburger was on duty 8:00 AM - 4:00 PM and did not do any reports.

Officer Tompkins was on duty from 7:00 PM - 12:00 AM he did not do any reports. The whole unit 5 was on rec when the chair broke. Constitutional Violation / chair broke beneath me even after Inmates complained to co-defendants about the situation.

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Punitive Damages, Nominal Damages for Pain and Suffering.

Signed this ✓ day of 24 , 19 06 .

_Emma Diane Brown_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-24-06                  _Emma Diane Brown_
Date                     (Signature of Plaintiff)



Return address:
Emma Jewel Brown
1600 Baylor Blv
Newcastle Delaware 19720

Addressed to:
Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King Street
Wilmington, Delaware