IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

06- 57

Emma Diane Brown

Plaintiff (s),

vs. Stanley Taylor - Commissioner of D.O.C.
Paul Howard - Bureau Chief of D.O.C.
Paul Ryan - Delores J. Baylor's Women's Correctional Institution
Officer Fryburger - D.J.B.W.I
Officer Thomas - D.D.J.B.W.I

Defendant (s), Tompkins

Civil Action No. _____

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to 28 U.S.C. 1915 (e)(i), plaintiff (s) moves for an order appointing counsel to represent him/her in this case. In support of this motion plaintiff states:

1. Plaintiff (s) cannot afford to hire a lawyer. He/she has requested leave to proceed in forma pauperis in this case.

2. Plaintiff (s) imprisonment will greatly limit his ability to litigate this case. This case will involve substantial investigation and discovery.

3. The issues in this case are complex. A lawyer would help plaintiff to apply the law properly in briefs and before the court Plaintiff has never before been a party to civil legal proceeding.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

WHEREFORE, plaintiff requests that the court appoint counsel to represent him/her in this case.

Respectfully submitted on this  1  day of  24  ,  06

Emma Diane Brown
Movant