AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-057-JJF

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

FILED
FEB 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF @ 1 COPIES OF AO FORM 85.

2-12-06
(Date forms issued)

_(Signature of Party or their Representative)_

Emma Diane Brown
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action



Office Of The Clerk
United States District Court
844 North King Street Lockbox 18
Wilmington Delaware
19801-3570

Emma Brown
Sgt 165625
BWCI
660 Baylor Blvd
New Castle Delaware

U.S.M.S.