CA 06-57 JJF          Feb 12, 2006

To Whom It May Concern:

I Emma Diane Bram do Not have a Bank account or any money to Pay.

Thank You

Emma Diane Bram

5:05 P.M.

FILED
2006 FEB 17 PM 4:48
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Office Of The Clerk
United States District Court
844 North King Street Lockbox 18
Wilmington Delaware
19801-3570

Emma A Brown
SBI #165625
BWCI
660 Baylor Blvd
New Castle Delaware