CA 06-57 JJF

## Account Activity Ledger
### From: 09/01/2005 To: 02/28/2006

Date : 02/28/2006
Time : 10:46

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00165625 | Name BROWN, EMMA | | | Block 8 | | Previous Balance | | 0.00 |
| O/C 11/18 | 11/18/2005 | 16:31 | B#39826 | D | | 0.10 | | 0.10 |
| PROCESSED.REC.12/15 | 12/15/2005 | 16:21 | B#40141 | D | | 25.00 | | 25.10 |
| Sales Transaction | 12/20/2005 | 10:00 | I#77778 | I | 22.55 | | | 2.55 |
| MCP.12/18 | 12/22/2005 | 16:40 | B#40236 | W | | | -4.00 | -1.45 |
| PROCESSED.REC.12/31/ | 01/03/2006 | 16:10 | B#40348 | D | | 25.00 | | 23.55 |
| Sales Transaction | 01/10/2006 | 10:18 | I#78332 | I | 20.86 | | | 2.69 |
| PROCESSED.REC.1/13 | 01/13/2006 | 15:37 | B#40510 | D | | 20.00 | | 22.69 |
| Sales Transaction | 01/17/2006 | 10:35 | I#78525 | I | 19.70 | | | 2.99 |
| Sales Transaction | 01/24/2006 | 10:15 | I#78692 | I | 2.43 | | | 0.56 |
| PROCESSED.REC.1/22 | 01/27/2006 | 13:37 | B#40683 | D | | 25.00 | | 25.56 |
| Sales Transaction | 01/31/2006 | 10:32 | I#78891 | I | 25.08 | | | 0.48 |
| PROCESSED.REC.1/31 | 02/03/2006 | 15:50 | B#40779 | D | | 40.00 | | 40.48 |
| Sales Transaction | 02/07/2006 | 09:57 | I#79076 | I | 30.31 | | | 10.17 |
| Sales Transaction | 02/14/2006 | 11:14 | I#79270 | I | 7.97 | | | 2.20 |
| PROCESSED.REC.2/15 | 02/16/2006 | 14:28 | B#40969 | D | | 20.00 | | 22.20 |
| Sales Transaction | 02/21/2006 | 09:10 | I#79464 | I | 21.79 | | | 0.41 |

| | | | |
|---|---|---|---|
| Deposits | 7 | For $ | 155.10 |
| Withdraws | 1 | For $ | -4.00 |
| Invoices | 8 | For $ | 150.69 |

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 FEB 28 AM 11:26

RECV'D 2-28-06 @FAX