IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMMA DIANE BROWN,                  )
                                   )
          Plaintiff,               )
                                   )
          v.                       )  Civil Action No. 06-057-JJF
                                   )
STANLEY TAYLOR, PAUL HOWARD,       )
PAUL RYAN, OFFICER FRYBURGER,      )
OFFICER THOMPKINS,                 )
                                   )
          Defendants.              )

**ORDER**

1.  The plaintiff Emma Diane Brown, SBI #165625, a pro
se litigant who is presently incarcerated, has filed this action
pursuant to 42 U.S.C. § 1983 and has requested leave to proceed
in forma pauperis pursuant to 28 U.S.C. § 1915.  The plaintiff
filed her request to proceed in forma pauperis without the
required certified copy of his prison trust fund account
statement pursuant to 28 U.S.C. § 1915(a)(2).

2.  On February 9, 2006, this Court granted the
plaintiff leave to proceed in forma pauperis and ordered the
plaintiff to provide a certified copy of her prison trust fund
account statement for the six-month period immediately preceding
the filing of the above-referenced complaint.  The plaintiff
submitted the required documents on February 28, 2006.

3.  In evaluating the plaintiff's account information
pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that
the plaintiff has an average account balance of $4.83 for the six
months preceding the filing of the complaint.  The plaintiff's

average monthly deposit is $25.85 for the six months preceding
the filing of the complaint.  Accordingly, the plaintiff is
required to pay an initial partial filing fee of $5.17, this
amount being 20 percent (20%) of $25.85, the greater of her
average monthly deposit and average daily balance in the trust
fund account for the six months preceding the filing of the
complaint.  **Therefore, the plaintiff shall, within thirty days
from the date this order is sent, complete and return to the
Clerk of Court, the attached authorization form allowing the
agency having custody of her to forward the $5.17 initial partial
filing fee and subsequent payments to the Clerk of the Court.
FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN
30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN
DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.  NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

    4.   Upon receipt of this order and the authorization
form, the Warden or other appropriate official at the Baylor
Women's Correctional Institution, or at any prison at which the
plaintiff is or may be incarcerated, shall be required to deduct
the $5.17 initial partial filing fee from the plaintiff's trust
account, when such funds become available, and forward that
amount to the Clerk of the Court.  Thereafter, absent further

order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at the Baylor Women's Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

5.  Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 3/1/06

_____
United States District Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMMA DIANE BROWN,                )
                                 )
          Plaintiff,             )
                                 )
          v.                     )   Civil Action No. 06-057-JJF
                                 )
STANLEY TAYLOR, PAUL HOWARD,     )
PAUL RYAN, OFFICER FRYBURGER,    )
OFFICER THOMPKINS,               )
                                 )
          Defendants.            )

**AUTHORIZATION**

I, Emma Diane Brown, SBI #165625, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $5.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2006.


_____
Signature of Plaintiff