**Account Activity Ledger**

From: 01/01/2006 To: 02/10/2006

Date : 02/10/2006
Time : 17:02

O6CV57 JJF

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00165625  Name BROWN, EMMA | | | | Block 5 | | Previous Balance | | -1.45 |
| PROCESSED.REC.12/31/ | 01/03/2006 | 16:10 | B#40348 | D | | 25.00 | | 23.55 |
| Sales Transaction | 01/10/2006 | 10:18 | I#78332 | I | 20.86 | | | 2.69 |
| PROCESSED.REC.1/13 | 01/13/2006 | 15:37 | B#40510 | D | | 20.00 | | 22.69 |
| Sales Transaction | 01/17/2006 | 10:35 | I#78525 | I | 19.70 | | | 2.99 |
| Sales Transaction | 01/24/2006 | 10:15 | I#78692 | I | 2.43 | | | 0.56 |
| PROCESSED.REC.1/22 | 01/27/2006 | 13:37 | B#40683 | D | | 25.00 | | 25.56 |
| Sales Transaction | 01/31/2006 | 10:32 | I#78891 | I | 25.08 | | | 0.48 |
| PROCESSED.REC.1/31 | 02/03/2006 | 15:50 | B#40779 | D | | 40.00 | | 40.48 |
| Sales Transaction | 02/07/2006 | 09:57 | I#79076 | I | 30.31 | | | 10.17 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 4 | For $ | 110.00 |
| **Withdraws** | 0 | For $ | 0.00 |
| **Invoices** | 5 | For $ | 98.38 |

[Envelope scan, rotated. Return address (upper portion):]

Diane Brown
[illegible]
B H [illegible]
[illegible] Faulk Road
[illegible]

[Addressee (center):]

Office of the Clerk
United States District Court
844 North King Street Lockbox 18
Wilmington, Delaware
19801-3570

[Barcode/routing number:] 198014357D


WILMINGTON DE 198
PM 09 MAR 2006

