IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMA DIANE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-57-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, filed a request to proceed in forma pauperis, and on February 9, 2006, was granted leave to proceed in forma pauperis (D.I. 1, 6);

WHEREAS, on March 10, 2006, Plaintiff made a second request for leave to proceed in forma pauperis (D.I. 11);

THEREFORE, at Wilmington this 28 day of March, 2006, IT IS HEREBY ORDERED that the second motion for leave to proceed in forma pauperis (D.I. 11) is **DENIED** as **moot**.

UNITED STATES DISTRICT JUDGE