IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMMA DIANE BROWN,                )
                                 )
         Plaintiff,              )
                                 )
    v.                           ) Civ. No. 06-57-JJF
                                 )
STANLEY TAYLOR, et al.,          )
                                 )
         Defendants.             )

**ORDER**

WHEREAS, Plaintiff Emma Diane Brown filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed <u>in forma pauperis</u>, and on March 1, 2006, entered an order assessing an initial partial filing fee and requiring Plaintiff to complete and return an authorization form (D.I. 6, 10);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this ____ day of April, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff is not required to pay the balance of the filing fee owed.

                                       /s/ Joseph J. Farnan
                                       UNITED STATES DISTRICT JUDGE