**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK


RECEIVED
APR 19 2006

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Emma Diane Brown
SBI #185625
BWCI
660 Baylor Rd.
New Castle, DE 19720

LKA:
217 Meadowbrook Ave.
Wilm De
19805

_____
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

                                         Sincerely,

                                         Peter T. Dalleo
                                         Clerk, U.S. District Court

(stamp: OFFENDER RECORDS  2006 APR 19 AM 11 08  RECEIVED)